NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR TIGER EXPRESS (USA), INC., A New York corporation,<br><br>Plaintiffs<br><br>vs.<br><br>CHAO-TIEN "STEPHEN" HUANG, ERIC WU, STRAIGHT FORWARDING, INC, a California Corporation,<br><br>Defendants. | Case No.: 2:21-cv-02271-JVS-JEM<br><br>**ORDER ON STIPULATION FOR PROTECTIVE ORDER** |

The Court, having reviewed the Stipulation of the Parties, and GOOD CAUSE appearing in that entry of an Order on the Stipulation will allow the parties hereto to engage in meaningful discovery while maintaining the confidentiality of proprietary information of the parties as so designated, the Court hereby approves this Stipulation and Protective Order and the parties are ordered to comply with the terms of the agreed upon Stipulation as applicable.

Dated: 11/4/2021

                                                         *John E. McDermott*
                                                    John E. McDermott
                                                    U.S. Magistrate Judge